Entered on Docket June 4, 2015

**Below is the Order of the Court.**



_____
**Marc Barreca**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

IN RE:

Jason and Deborah Arefi,

        Debtor(s).

Bankruptcy No. 12-21478

Chapter 11

ORDER GRANTING DEBTORS' MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f)

THIS MATTER came before this Court upon Debtor's Motion to Avoid Lien under §522(F), it appearing that all interested parties have received notice and that no objections to the motion were filed now therefore, it is hereby

ORDERED that the Debtor's Motion to Avoid Lien under §522(F) is hereby granted and the following Judgment Lien is avoided and cancelled:

| | |
|---|---|
| For: | $17,512.22, plus interest and/or costs |
| In favor of: | Citibank |
| Against: | Deborah J Arefi |
| Court: | King County Superior Court |
| Case No: | 12-2-06006-1 |
| Judgment No. | 12-9-05958-1 |
| Dated: | February 23, 2012 |
| Recording Number: | 20120419000523 |
| Attorney: | Suttell & Hammer |

//END OF ORDER//

Presented by:

HENRY, DEGRAAFF & MCCORMICK, P.S.

*/s/ Jacob DeGraaff*
Jacob DeGraaff, WSBA 36713

ORDER GRANTING DEBTORS' MOTION TO AVOID
LIEN UNDER 11 U.S.C. § 522(F) - 7
(000032)

**HENRY DEGRAAFF & MCCORMICK, P.S.**
1833 N. 105TH ST., SUITE 200
SEATTLE, WASHINGTON 98133
telephone (206) 330-0595
fax 1 (206) 400-7609